**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KURT BERGMAN AND NANCY BERGMAN,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**BANK OF AMERICA, N.A., TRUSTEE CORPS, FEDERAL HOME LOAN MORTGAGE CORPORATION, PK PROPERTIES, LLC, AND DOES 1-100,**<br><br>　　Defendants. | **Case No.: 13-CV-741 YGR**<br><br>**ORDER REGARDING PLAINTIFFS' FAILURE TO FILE OPPOSITION TO MOTION OF DEFENDANTS BANK OF AMERICA, N.A. AND FEDERAL HOME LOAN MORTGAGE CORPORATION TO DISMISS AND RESETTING HEARING** |

　　On March 28, 2013, Defendants Bank of America, N.A. and Federal Home Loan Mortgage Corporation filed a Motion to Dismiss. (Dkt. No. 6.) Plaintiff's opposition was due on April 11, 2013. Civ. L.R. 7-3(a). To date, Plaintiffs have failed to oppose the Motion. Hearing on the motion is currently set for May 14, 2013.

　　On April 15, 2013, Defendant Trustee Corp. filed its Motion to Dismiss (Dkt. No. 8), and re-noticed the motion for hearing on May 28, 2013.

　　<u>Plaintiffs shall file opposition to **both** Motions to Dismiss no later than **May 8, 2013**. Failure to file opposition by that date will result in dismissal of the action against Defendants Bank of America, N.A. and Federal Home Loan Mortgage Corporation and Trustee Corp. for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

　　The hearing date for both motions shall be **May 28, 2013,** at 2:00 p.m.

　　**IT IS SO ORDERED.**

Dated: April 16, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**