**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KURT BERGMAN AND NANCY BERGMAN,**<br><br>　　**Plaintiffs,**<br><br>　　v.<br><br>**BANK OF AMERICA, N.A., TRUSTEE CORPS, FEDERAL HOME LOAN MORTGAGE CORPORATION, PK PROPERTIES, LLC, AND DOES 1-100,**<br><br>　　**Defendants.** | **Case No.: 13-CV-741 YGR**<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS; DIRECTING PARTIES TO INFORM THE COURT WHETHER THEY WILL CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES; AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Currently pending before the Court is the Motion of Defendants Bank of America, N.A. and Federal Home Loan Mortgage Corporation to Dismiss (Dkt. No. 6) and the Motion of Defendant Trustee Corp. to Dismiss (Dkt. No. 8), both currently set for hearing on May 28, 2013. The Court, on its own motion, **CONTINUES** the hearing on these motions to **August 13, 2013, at 2:00 p.m.** in Courtroom 5, Federal Courthouse, Oakland.

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

The parties are hereby **DIRECTED** to review the profiles of each magistrate judge on the Court's website, and then meet and confer as to whether they can agree on a specific magistrate judge of their choosing. The parties shall advise the Court, no later than **May 28, 2013,** whether they consent to have a magistrate judge conduct all further proceedings in the instant action. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

The case management conference currently set for July 8, 2013, is **CONTINUED** to **August 26, 2013, at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**