1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KURT BERGMAN AND NANCY BERGMAN,** | **Case No.: 13-CV-741 YGR** |
| **Plaintiffs,** | **ORDER TO SHOW CAUSE RE: FAILURE TO RESPOND TO COURT'S ORDER OF MAY 16, 2013** |
| **v.** | |
| **BANK OF AMERICA, N.A., TRUSTEE CORPS, FEDERAL HOME LOAN MORTGAGE CORPORATION, PK PROPERTIES, LLC, AND DOES 1-100,** | |
| **Defendants.** | |

12
13
14
15
16
17

On May 16, 2013, the Court issued an Order (Dkt. No. 26) which, in part, directed the parties advise the Court whether they consent to have a magistrate judge conduct all further proceedings in the instant action no later than **May 28, 2013**.  The parties were also ordered first to review the profiles of each magistrate judge on the Court's website, and to meet and confer as to whether they can agree on a specific magistrate judge of their choosing.  As of the date of the instant Order, the parties have not filed any statement advising the Court as to whether they will or will not consent.

18
19
20
21

Accordingly, the parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely comply with this Court's May 16, 2013 Order.  A hearing on the Order to Show Cause will be held on **Friday, June 28, 2013, at 9:01 a.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

22
23
24

By no later than **June 21, 2013**, the parties must file: (1) a joint statement indicating that they have met and conferred as directed and notifying they Court whether they agree to be reassigned to a particular magistrate judge; or (b) an explanation for their failure to comply.

25
26
27
28

**IT IS SO ORDERED.**

Dated: June 14, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California