burke
BURKE, WILLIAMS & SORENSEN, LLP

Santa Ana, California 92705-4067
voice 949.863.3363  fax 949.863.3350
www.bwslaw.com

Direct No.:  949.265.3409
Our File No.:  06190.0175
fcabezas@bwslaw.com

July 23, 2013

**E-FILE**

Hon. Joseph C. Spero,
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:   Kurt Bergman, et al. vs. Bank of America, N.A., et al.
>       Case No. 3:13-cv-00741-JCS

Dear Magistrate Judge Spero:

   Defendant MTC Financial Inc. dba Trustee Corps ("TRUSTEE CORPS") hereby requests that counsel for TRUSTEE CORPS at Burke, Williams, & Sorensen, LLP be permitted to appear telephonically at the August 5, 2013 at 10:00 a.m. on the defendants' Motions to Dismiss pursuant to the Court's Order entered July 9, 2013 (Dkt. No. 36) and Case Management Conference set on the same date and time.  This request is made because TRUSTEE CORPS' counsel and its firm are located in Santa Ana, California.

   Contact phone number for counsel is (949) 863-3363.

IT IS HEREBY ORDERED that counsel shall
be on phone standby beginning at 10:00 AM
and await the Court's call.
Dated: 7/25/13

Respectfully yours,

BURKE, WILLIAMS & SORENSEN, LLP

FABIO R. CABEZAS

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

FRC:ps
cc:  All Counsel of Record (via Notification)
IRV #4846-2095-5924 v1

Los Angeles  –  Inland Empire  –  Marin County  –  Oakland  –  Orange County  –  Palm Desert  –  Silicon Valley  –  Ventura County