**burke**
BURKE, WILLIAMS & SORENSEN, LLP

1851 East First Street, Suite 1550
Santa Ana, California 92705-4067
voice 949.863.3363 · fax 949.863.3350
www.bwslaw.com

Direct No.: 949.265.3409
Our File No.: 06190.0175
fcabezas@bwslaw.com

September 24, 2013

**E-FILE**

Hon. Joseph C. Spero,
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Kurt Bergman, et al. vs. Bank of America, N.A., et al.
     Case No. 3:13-cv-00741-JCS

Dear Magistrate Judge Spero:

Defendant MTC Financial Inc. dba Trustee Corps ("TRUSTEE CORPS") hereby requests that counsel for TRUSTEE CORPS at Burke, Williams, & Sorensen, LLP be permitted to appear telephonically at the hearing on October 11, 2013 at 1:30 p.m. on defendants' Motions to Dismiss scheduled pursuant to the Court's Order entered September 10, 2013 (Dkt. No. 60). This request is made because TRUSTEE CORPS' counsel and its firm are located in Santa Ana, California.

Contact phone number for counsel is (949) 863-3363.

IT IS HEREBY ORDERED THAT Mr. Cabezas shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 9/25/13

Respectfully yours,

BURKE, WILLIAMS & SORENSEN, LLP

FABIO R. CABEZAS

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

FRC:ps
cc:   All Counsel (Via Email Notification)

IRV #4816-2171-0870 v1

Los Angeles · Inland Empire · Marin County · Oakland · Orange County · Palm Desert · Silicon Valley · Ventura County