Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KURT BERGMAN AND NANCY BERGMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., TRUSTEE CORPS; FEDERAL HOME LOAN MORTGAGE CORPORATION; PK PROPERTIES, LLC; AND DOES 1-100 INCLUSIVE,<br><br>Defendants | Case No.: 3:13-CV-00741-JCS<br><br>**PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION TO DISMISS HEARING; MOTION TO EXPUNGE LIS PENDENS;** ~~(Proposed)~~ **ORDER**<br><br>Date: October 11, 2013<br>Time: 1:30 p.m.<br>Ctrm: G, 15th Floor<br><br>Hon. Joseph C. Spero |

TO DEFENDANT AND ITS COUNSEL OF RECORD:

Please take notice that Michael Yesk, counsel for Plaintiffs, hereby requests leave to appear telephonically at the Motion to Dismiss AND Motion to Expunge Lis Pendens hearing set for October 11, 2013, at 1:30pm in Courtroom G of the above-entitled Court.

Grounds for the request are as follows:

1. Plaintiff's counsel is located in Pleasant Hill, California, one hour from the Court; and

2. An appearance by telephone will save considerable legal fees and costs.

For the foregoing reasons, Plaintiff requests permission to appear by telephone.

REQUEST TO APPEAR BY PHONE - 1

1
2  DATED: September 24, 2013            _____
3                                       Michael Yesk, Esq.
                                        Attorney for Plaintiffs
4     IT IS SO ORDERED: THAT Mr. Yesk shall be on phone standby beginning at 1:30 PM
5                      and await the Court's call.
6                                       _____
                                        UNITED STATES MAGISTRATE
7

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

REQUEST TO APPEAR BY PHONE - 2