**burke**
BURKE, WILLIAMS & SORENSEN, LLP

185 East... Santa Ana, California 92705-4067
voice 949.863.3363 · fax 949.863.3350
www.bwslaw.com

Direct No.: 949.265.3409
Our File No.: 06190.0175
fcabezas@bwslaw.com

January 15, 2014

**E-FILE**

Hon. Joseph C. Spero,
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   Kurt Bergman, et al. vs. Bank of America, N.A., et al.
             Case No. 3:13-cv-00741-JCS

Dear Magistrate Judge Spero:

    Defendant MTC Financial Inc. dba Trustee Corps ("TRUSTEE CORPS") hereby requests that counsel for TRUSTEE CORPS at Burke, Williams, & Sorensen, LLP be permitted to appear telephonically on the January 24 2014, at 9:30 a.m., on the Motions to Dismiss the First Amended Complaint (Dkt. No. 75 , 78 and 81). This request is made because TRUSTEE CORPS' counsel and its firm are located in Santa Ana, California.

    Contact phone number for counsel is (949) 863-3363.

Dated: 1/16/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Respectfully yours,

BURKE, WILLIAMS & SORENSEN, LLP

FABIO R. CABEZAS

FRC:ps
cc: All Counsel of Record (via ECF Email Notification)
IRV #4839-0196-5592 v1